**Order entered May 26, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-21-00321-CR

**MICHAEL FOY WALLING, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-83626-2017**

**ORDER**

We have received the Supplemental Clerk's Record containing (1) the Amended Bill of Costs dated May 10, 2022, and (2) the trial court's Order Assessing the Recalculated Costs dated May 16, 2022. Accordingly, we **REINSTATE** this appeal as of the date of this Order.

/s/ ERIN A. NOWELL
PRESIDING JUSTICE